# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| JASPER DEWAYNE WEST, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 7:14-CV-9-HL |
| SERGEANT SMITH, | : | |
| | : | 42 U.S.C. § 1983 |
| Defendants. | : | |

## ORDER

Plaintiff **Jasper Dewayne West** filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1.) On April 28, 2014, this Court having previously granted Plaintiff's motion to proceed *in forma pauperis* (Doc. 5), dismissed the complaint without prejudice. (Doc. 21.) Judgment was entered on the same day. (Doc. 10.)

Plaintiff has now filed a Notice of Appeal and a Motion to Proceed I*n Forma Pauperis* on Appeal from this Court's Order dismissing his Complaint. (Docs. 12, 17.) In the Court's best judgment, an appeal from this Order cannot be taken in good faith. Plaintiff's motion to proceed *in forma pauperis* on appeal is accordingly **DENIED**. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis . . . unless . . . the district court . . . certifies that the appeal is not taken in good faith").

If Plaintiff wishes to proceed with his appeal, he must pay the entire $505.00 appellate filing fee. Because Plaintiff has stated that he cannot pay the $505.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to § 1915(b), the

prison account custodian where Plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account until the $505.00 appellate filing fee has been paid in full.  Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10.00 until the total filing fee of $505.00 has been paid.  Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to mail a copy of this Order to the custodian of the prison in which Plaintiff is presently incarcerated.  Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**SO ORDERED** this 16th  day of July, 2014.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lws